PROB 22 (Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*: 0207 1:20CR00500
**DOCKET NUMBER** *(Rec. Court)*: 2:24-cr-00204-APG-DJA

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:** Haiyan Liao

FILED SEP 13 2024 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY: AMMi DEPUTY

**DISTRICT:** Eastern District of New York
**DIVISION:** Brooklyn
**NAME OF SENTENCING JUDGE:** Diane Gujarati, U.S. District Judge
**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 6/21/2024 TO 6/20/2027

**OFFENSE:** Conspiracy to Commit Visa Fraud and Unlawfully Bring Aliens into the United States for Financial Gain; Money Laundering Conspiracy.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision):
Person under supervision lives in Nevada and has family and community ties there.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **NEW YORK**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 16, 2024 — Date
/s/ Diane Gujarati — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 16, 2024 — Effective Date
*[signature]* — United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Haiyan Liao**

**Case No.: TO BE ASSIGNED**

**September 13, 2024**

TO:     UNTIED STATES DISTRICT JUDGE

On June 21, 2024, Haiyan Liao was sentenced by the Honorable District Judge Diane Gujarati. Liao was sentenced to a term of three (3) years of probation on each of Counts 1 and 6, to run concurrently for committing the offenses of Conspiracy to Commit Visa Fraud and Unlawfully Bring Aliens into the United States for Financial Gain and Money Laundering Conspiracy. Supervision commenced on June 21, 2024, in the District of Nevada.

Liao is unemployed currently and attended the court ordered mental health treatment evaluation as ordered at the third-party treatment provider. Liao is residing with her son and helps care for her ailing mother as well who lives in her home. Our office recently requested Ms. Liao sign a Probation Form 49, Waiver of Hearing to include a search & seizure condition, however Ms. Liao has refused.

The imposition of a warrantless search condition is requested based on the history and characteristics of Liao; and to ensure compliance with all conditions of release. Moreover, this condition allows the probation officer to promote public safety through effective oversight and may also deter criminal conduct and permit a probation officer to intervene quickly when reasonable suspicion exists that an individual under supervision has engaged in criminal conduct or otherwise violated a condition of supervision.

Liao intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by her signature on the attached Prob 22 (Transfer of Jurisdiction) Judge Diane Gujarati agreed to relinquish jurisdiction of the case. Upon assignment of the new judge, the undersigned will likely submit a form 12D request for hearing in order to address the warrantless search condition.

Should you have any questions, please contact the undersigned officer at (702) 236-8732.

                                        Respectfully submitted,

ADDENDUM TO PETITION (Probation Form 12)
RE: Haiyan Liao

Digitally signed by Amanda Stevens
Date: 2024.09.13 13:48:28 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2024.09.13 13:45:12 -07'00'

Steve M Goldner
Supervisory United States Probation Officer