# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Haiyan Liao,<br><br>               Defendant. | Case No. 2:24-cr-00204-APG-DJA<br><br>**Order** |

Before the Court is Defendant Haiyan Liao's unopposed motion for copies of the Eastern District of New York's non-public docket sheet. (ECF No. 22). Defendant's counsel explains that they only seek the docket sheet—not the docket entries—at this time. Defendant's counsel adds that "[i]f, after reviewing the non-public docket sheet, either party requires review of certain sealed or restricted documents, that party will request such items with specificity in a separate motion." The Court grants the motion.

**IT IS THEREFORE ORDERED** that Defendant's motion for copies of the Eastern District of New York's non-public docket sheet (ECF No. 22) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk's Office is kindly directed to email the Eastern District of New York's Clerk's Office with a copy of this order and request a copy of the Eastern District of New York's non-public docket sheet for this transferred case.

**IT IS FURTHER ORDERED** that, once the Clerk's Office obtains a copy of the non-public docket sheet, the Clerk's Office is kindly directed to distribute the non-public docket sheet to counsel for the Defendant and counsel for the Government.

DATED: January 28, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE